# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mchugh

V.

Kolender, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05cv2319 BEN(JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the Report and Recommendation in full. The petition is denied............................................................................................................................

| December 13, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/J. Hathaway
(By) Deputy Clerk

ENTERED ON December 13, 2006